# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Sara Margaret Buhrandt <br> *Plaintiff* <br> v. <br> Martin J. O'Malley, Commissioner for Social Security <br> *Defendant* | ) ) ) ) ) <br> Civil Action No. 23-cv-0979-bhl |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** pursuant to the Court's Order and pursuant to sentence four of 42 U.S.C. Section 405(g), the Commissioner for Social Security's decision is remanded for further proceedings, and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Brett H. Ludwig on a stipulated motion for remand.

Date: 2/8/24

*CLERK OF COURT*

s/Julie D
*Signature of Clerk or Deputy Clerk*